HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIO E. YOUNG, JR., <br><br> Plaintiff, <br><br> v. <br><br> SAFELITE FULFILLMENT, INC., et al., <br><br> Defendants. | Case No. 2:19-cv-01027-JLR <br><br> **STIPULATED MOTION AND [PROPOSED] ORDER CONTINUING STAY OF CASE** |

STIPULATED MOTION AND [PROPOSED] ORDER
CONTINUING STAY OF CASE
CASE NO. 2:19-cv-01027-JLR

ACKERMANN & TILAJEF, P.C.
2602 North Proctor St., #205
Tacoma, Washington 98406
T. (253) 625-7720 | F. (253) 276-0081

# RECITALS

**WHEREAS**, on or about June 3, 2019, Plaintiff MARIO E. YOUNG, JR. ("Plaintiff") filed the operative putative Class Action Complaint for Unpaid and Wrongfully Withheld Wages (the "Complaint") in this action in the Superior Court of the State of Washington in and for the County of King at Seattle [Dkt. #1-2];

**WHEREAS**, on July 2, 2019, Defendant SAFELITE FULFILLMENT, INC. ("Defendant") removed Plaintiff's above-described state court action to this Court [Dkt. #1] invoking the subject matter jurisdiction of this Court under the Class Action Fairness Act ("CAFA"), which the parties agree is properly invoked in this action;

**WHEREAS**, on September 3, 2019, the Court Ordered a stay of this action pending the Washington Supreme Court's resolution of the certified question in *Sampson v. Knight Transportation, Inc.* (the "Stay Order") [Dkt. #16];

**WHEREAS**, on September 5, 2019, the Washington Supreme Court issued a decision in *Sampson, et al v. Knight Transportation, Inc.*, Case No. 96264-2 (Wash. Sept. 5, 2019), *available at* http://www.courts.wa.gov/opinions/pdf/962642.pdf. The Washington Supreme Court in *Sampson* held that the Washington Minimum Wage Act (WMWA) does not require non-agricultural employers to pay their piece-rate employees per hour for time spent performing activities outside of piece-rate work. As such, the parties agree Plaintiff's non-productive time claims under the WMWA (Plaintiff's Second Cause of Action) are no longer actionable;

**WHEREAS**, the Parties have agreed to participate in voluntary mediation to explore whether a settlement of Plaintiff's remaining claims is possible. The Parties have agreed to use Louis D. Peterson, Esq. of Hillis Clark Martin & Peterson P.S. as a mediator, and are working to schedule the mediation in January 2020;

**WHEREAS**, to provide time for the Parties to exchange informal discovery and explore early resolution through mediation without unnecessarily expending the resources of the Parties and the Court, the Parties have agreed that the Court's stay should remain in effect until at least February 15, 2020.

STIPULATED MOTION AND [PROPOSED]
ORDER CONTINUING STAY OF CASE
CASE NO. 2:19-cv-01027-JLR

ACKERMANN & TILAJEF, P.C.
2602 North Proctor St., #205
Tacoma, Washington 98406
T. (253) 625-7720 | F. (253) 276-0081

## STIPULATION

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, on the one hand, and Defendant, on the other hand, by and through their respective undersigned counsel, and subject to the Court's approval, that:

1. The stay Ordered by the Court on September 3, 2019 should remain in effect, in its entirety and for all purposes, until February 15, 2020 to provide time for the Parties to exchange informal discovery and to engage in mediation and attempted early resolution of the case without unnecessarily expending the resources of the Parties and the Court.

2. On or before February 15, 2020, if the Parties have been unable to settle the case, the parties shall provide the Court with agreed-upon and/or proposed deadlines for [i] completion of discovery on class certification and for Plaintiff to move for class certification under Fed. R. Civ. P. 23; and [ii] submission of an updated Joint Status Report and Discovery Plan.

3. By entering into and submitting this Stipulated Motion, the parties fully reserve, and do not waive or limit, their respective rights, claims, remedies, defenses, and positions in this action, including as to the issues recited above.

//
//
//
//
//
//
//
//
//
//
//

STIPULATED MOTION AND [PROPOSED]
ORDER CONTINUING STAY OF CASE
CASE NO. 2:19-cv-01027-JLR

ACKERMANN & TILAJEF, P.C.
2602 North Proctor St., #205
Tacoma, Washington 98406
T. (253) 625-7720 | F. (253) 276-0081

| | | |
|---|---|---|
| 1 | DATED: September 19, 2019 | Respectfully submitted, |
| 2 | /s/India Lin Bodien | /s/Michael J. Shoenfelt |

DATED: September 19, 2019

/s/India Lin Bodien
India Lin Bodien, WSBA #44898
Law Offices of India Bodien, Esq.
2522 North Proctor Street, #387
Tacoma, WA 98406-5338
Tel:    (253) 212-7913
Email: india@indialinbodienlaw.com

Craig J. Ackermann, WSBA #53330
Brian Denlinger, WSBA #53177
ACKERMANN & TILAJEF, P.C.
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Phone: (310) 277-0614
Fax:    (310) 277-0635
Email: cja@ackermanntilajef.com
         bd@ackermanntilajef.com

Attorneys for Plaintiff
MARIO E. YOUNG, JR.

Respectfully submitted,

/s/Michael J. Shoenfelt
Michael J. Shoenfelt (Pro Hac Vice)
Andrew C. Smith (Pro Hac Vice)
Daniel J. Clark (Pro Hac Vice)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 E. Gay St.
Columbus, OH 43215
Phone: (614) 464-5497
Fax:    (614) 719-4760
Email: mjshoenfelt@vorys.com
         acsmith@vorys.com
         djclark@vorys.com

Sheryl J. Willert, WSBA #08617
Jeffrey M. Wells, WSBA #45840
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Phone: (206) 628-6600
Email: swillert@williamskastner.com
         jwells@williamskastner.com

Attorneys for Defendant
SAFELITE FULFILLMENT, INC.

STIPULATED MOTION AND [PROPOSED]
ORDER CONTINUING STAY OF CASE
CASE NO. 2:19-cv-01027-JLR

ACKERMANN & TILAJEF, P.C.
2602 North Proctor St., #205
Tacoma, Washington 98406
T. (253) 625-7720 | F. (253) 276-0081

# [PROPOSED] ORDER

This matter came before the Court on the parties' Stipulated Motion Continuing Stay of Case (the "Stipulated Motion"). The Court, having reviewed the Stipulated Motion, and good cause appearing for the relief sought therein, hereby orders as follows:

1. The stay Ordered by the Court on September 3, 2019 shall remain in effect, in its entirety and for all purposes, until February 15, 2020, to provide time for the Parties to exchange informal discovery and to engage in mediation and attempted early resolution of the case without unnecessarily expending the resources of the Parties and the Court.

2. On February 15, 2020, if the Parties have been unable to settle the case, the Parties shall provide the Court with agreed-upon and/or proposed deadlines for [i] completion of discovery on class certification and for Plaintiff to move for class certification under Fed. R. Civ. P. 23; and [ii] submission of an updated Joint Status Report and Discovery Plan.

3. By entering into and submitting this Stipulated Motion, the parties fully reserve, and do not waive or limit, their respective rights, claims, remedies, defenses, and positions in this action, including as to the issues recited above.

**IT IS SO ORDERED.**

DATED this 25th day of September, 2019.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [PROPOSED]
ORDER CONTINUING STAY OF CASE
CASE NO. 2:19-cv-01027-JLR

ACKERMANN & TILAJEF, P.C.
2602 North Proctor St., #205
Tacoma, Washington 98406
T. (253) 625-7720 | F. (253) 276-0081

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

| | |
|---|---|
| Michael J. Shoenfelt (Pro Hac Vice)<br>Andrew C. Smith (Pro Hac Vice)<br>Daniel J. Clark (Pro Hac Vice)<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 E. Gay St.<br>Columbus, OH 43215<br>Phone: (614) 464-5497<br>Fax: (614) 719-4760<br>Email: mjshoenfelt@vorys.com<br>acsmith@vorys.com<br>djclark@vorys.com | Sheryl J. Willert, WSBA #08617<br>Jeffrey M. Wells, WSBA #45840<br>WILLIAMS, KASTNER & GIBBS PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Phone: (206) 628-6600<br>Email: swillert@williamskastner.com<br>jwells@williamskastner.com |

I further certify that I mailed a true and correct copy of the foregoing to the following non-CM/ECF participant: N/A.

Executed on September 19, 2019, at Los Angeles, California.

/s/ Jaclyn Blackwell
Jaclyn Blackwell
*Office Manager*
ACKERMANN & TILAJEF, P.C.

STIPULATED MOTION AND [PROPOSED]
ORDER CONTINUING STAY OF CASE
CASE NO. 2:19-cv-01027-JLR

ACKERMANN & TILAJEF, P.C.
2602 North Proctor St., #205
Tacoma, Washington 98406
T. (253) 625-7720 | F. (253) 276-0081