HONORABLE JAMES L. ROBART
HEARING DATE: DECEMBER 2, 2020
MOVING PARTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **MARIO E. YOUNG, JR.**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**SAFELITE FULFILLMENT, INC.**, a Delaware Corporation, and **DOES 1-10**, inclusive,<br><br>Defendant. | Case No.: **2:19-CV-01027-JLR**<br><br>**ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARDS TO PLAINTIFFS**<br><br>Date: December 2, 2020<br>Time: 9:00 a.m. |

ORDER GRANTING PLAINTIFF'S
MOTION FOR FINAL APPROVAL OF CLASS
ACTION SETTLEMENT – Case No. 2:19-CV-01027-JLR

ACKERMANN & TILAJEF, P.C.
2602 NORTH PROCTOR STREET, STE. 205
TACOMA, WA 98406
P: (253) 625-7720   F: (253) 276-0081

1 | The Court, having read and considered all of the papers of the Parties and their counsel, including Plaintiff's Motion for Final Approval of Class Action Settlement and Plaintiff's Memorandum of Points and Authorities in Support of Motion for Attorneys' Fees and Costs and Class Representative Service Award, filed on October 16, 2020; and good cause appearing, pursuant to Rule 23(e)(1)(A) of the Federal Rules of Civil Procedure ("FRCP"), HEREBY ORDERS AS FOLLOWS:

1. The Court finds and determines that reasonable attorneys' fees should be awarded to India Lin Bodien, Attorney at Law and Ackermann & Tilajef, P.C., counsel for Plaintiff Mario E. Young, Jr., individually and on behalf of all others similarly situated, of 30% of the Gross Settlement Sum of $75,000.00. Specifically, the Court awards and grants final approval of the sum of $22,500.00 from the Gross Settlement Sum as attorneys' fees.

2. The Court finds and determines that $7,000.00 in costs is awarded to India Lin Bodien, Attorney at Law and Ackermann & Tilajef, P.C. These costs were reasonably incurred by Class Counsel, and Class Counsel shall be reimbursed their costs from the Gross Settlement Amount.

3. The Court finds and determines that an incentive award in the total amount of $7,000.00 is awarded to the Representative Plaintiff, Mario E. Young, Jr.

**IT IS SO ORDERED.**

Dated: December 3, 2020

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT COURT

2

ORDER GRANTING PLAINTIFF'S
MOTION FOR FINAL APPROVAL OF CLASS
ACTION SETTLEMENT – Case No. 2:19-CV-01027-JLR

ACKERMANN & TILAJEF, P.C.
2602 NORTH PROCTOR STREET, STE. 205
TACOMA, WA 98406
P: (253) 625-7720   F: (253) 276-0081